ACCEPTED
03-15-00539-CR
7801300
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 2:10:53 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00539-CR

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT OF
TEXAS AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 2:10:53 PM
JEFFREY D. KYLE
Clerk

\*\*\*\*\*\*\*\*

# MATTHEW DIAZ

APPELLANT

## VS.

# THE STATE OF TEXAS

\*\*\*\*\*\*\*\*

ON APPEAL FROM THE 426th DISTRICT COURT
OF BELL COUNTY, TEXAS
Cause no. 72269

\*\*\*\*\*\*

# STATE'S MOTION FOR LEAVE
# TO SUPPLEMENT THE RECORD

HENRY GARZA
DISTRICT ATTORNEY

BOB D. ODOM
ASSISTANT DISTRICT ATTORNEY
P.O. Box 540
Belton, Texas 76513
(254) 933-5215
FAX (254) 933-5704
SBA No.15200000

1

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, the undersigned Attorney representing the State of Texas in this cause and respectfully moves the Court to grant leave to supplement the record, and in support hereof, would respectfully show the Court as follows:

I.

The Appellant, Matthew Diaz, has filed his Brief alleging, in part, that the trial court failed to enter an affirmative finding of the use of a deadly weapon as alleged in the indictment.

II.

The disposition of this case in the trial court involved an initial hearing on the Appellant's plea of guilty, a hearing on the State's First Amended Motion to Adjudicate, and a punishment hearing. In his Brief at footnote 12 on page 15 the Appellant notes that the record of the original plea hearing is not "presently part of the record". The undersigned counsel for the State has examined the Reporter's Record and discovered that, while the hearing on the motion to adjudicate is duplicated in that record, there is no record of the guilty plea proceeding in that Reporter's Record. The hearing upon the Appellant's plea of guilty was conducted on March 31, 2015.

Because the Appellant has raised an issue that will need to be evaluated in the light of all of the hearings before the trial court in this case in order to determine whether or not the trial court's finding the Appellant guilty "as charged in the indictment" and the court also references the finding regarding the use of a deadly weapon at the plea of guilty at the adjudication hearing (RR2-15), it is necessary to have the record of the plea hearing included within the record in order to resolve the issue on appeal.

III.

The undersigned counsel for the State has contacted Peggy A. Morris, official court reporter for the trial court and been advised that apparently the Reporter's Record of the hearing upon the Appellant's plea of guilty has not been prepared or filed.

WHEREFORE, premises considered, the State respectfully prays this Court to grant leave to supplement the record in this cause and to order the official court reporter to prepare and file the Reporter's Record of the plea hearing conducted in this case on March 31, 2015 and file it of record with this Court.

Respectfully Submitted,

**HENRY GARZA**
District Attorney


/s/ *Bob D. Odom*

**BOB D. ODOM**
Assistant District Attorney
P.O. Box 540
Belton, Tx 76513
(254) 933-5215
FAX (254) 933-5704
SBA No. 15200000


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this State's Motion for Leave to Supplement the Record was served upon John A. Kuchera, counsel for Appellant, by Email addressed to him at johnkuchera@210law.com, on this the 12th day of November, 2015.


/s/ *Bob D. Odom*

**BOB D. ODOM**
Assistant District Attorney

## CERTIFICATE OF COMPLIANCE WITH RULE 9

This is to certify that the State's Motion is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 408 words.

/s/ *Bob D. Odom*

BOB D. ODOM
Assistant District Attorney